

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00445-CV

**IN RE** Jason D. **PRESLEY**

Original Mandamus Proceeding[1]

**ORDER**

On July 1, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is DENIED AS MOOT.

It is so **ORDERED** on July 10, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI01770, styled *In the Matter of the Marriage of Jason Dale Presley and Suzanne Marie Presley and In the Interest of Z.B.P. and V.I.P., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.